```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 05049
   TOMAS C CARRASCO
   MARGARET J CARRASCO                            CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-3012      SSN XXX-XX-3316


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/21/07 and confirmed on 06/29/07.

    2.  The case was dismissed after confirmation, 02/01/2008.

    3.  The Debtor paid a total of $   3167.43 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BARCLAYS CAPITAL REAL ES | CURRENT MORTG | .00 | .00 | .00 |
| BARCLAYS CAPITAL REAL ES | MORTGAGE ARRE | 18376.34 | .00 | 2555.30 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 958.64 | .00 | .00 |
| BENEFICIAL | UNSECURED | 6263.68 | .00 | .00 |
| B REAL LLC | UNSECURED | 1312.79 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2584.52 | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 245.56 | .00 | .00 |
| COLLEGE OF LAKE COUNTY | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 624.64 | .00 | .00 |
| THE CHAET KAPLAN FIRM | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| CREDIGY RECEIVEABLES | UNSECURED | 2576.37 | .00 | .00 |
| GE CAPITAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 1304.11 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1213.30 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2414.04 | .00 | .00 |
| PROVIDIAN BANCORP | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| SANTA BARBARA BANK & TRU | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 827.21 | .00 | .00 |
| B REAL LLC | UNSECURED | 2844.11 | .00 | .00 |

```
NATIONAL CAPITAL MANAGEM  UNSECURED        130.81           .00           .00
WASTE MANAGEMENT INC      UNSECURED      NOT FILED          .00           .00
MIDLAND CREDIT MGMT       UNSECURED        806.04           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       2164.56           .00           .00
MIDLAND CREDIT MGMT       UNSECURED        490.05           .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       1086.47           .00           .00
B REAL LLC                UNSECURED       2074.59           .00           .00
```

Summary of disbursements:

|   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18376.34 | .00 | 29921.49 | .00 | 48297.83 |
| PRINCIPAL PAID | 2555.30 | .00 | .00 | .00 | 2555.30 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2555.30 | .00 | .00 | .00 | 2555.30 |

The Debtor's attorney, STEVEN H MEVORAH & ASSOC    , was allowed $   3000.00 and was paid $   1500.00   direct and $    499.47   through the plan.

The Trustee received $    112.66 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/20/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 05049 TOMAS C CARRASCO & MARGARET J CARRASCO